IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MAURICE C. JACKSON,<br><br>          Defendant. | 4:04CR3163<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)   The defendant shall appear at his revocation hearing scheduled for April 23, 2013 at 1:00 p.m.

2)   The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

January 31, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge